# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **RICKY SOUCY, SR.,** | ) |
| **Plaintiff,** | ) |
| v. | ) 1:20-cv-00024-JDL |
| **MAINE DEPARTMENT OF CORRECTIONS, ET AL.,** | ) |
| **Defendant.** | ) |

### ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

Plaintiff Ricky Soucy, Sr., who is proceeding pro se and is currently in state prison, filed a Motion for Judgment on April 14, 2021 (ECF No. 53). United States Magistrate Judge John C. Nivison filed his Recommended Decision on the motion with the Court on August 26, 2021 (ECF No. 71) pursuant to 28 U.S.C.A. § 636(b)(1)(B) (West 2021) and Fed. R. Civ. P. 72(b). The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge provided notice that a party's failure to object would waive the right to de novo review and appeal.

I have reviewed and considered the Recommended Decision, together with the entire record, and have made a de novo determination of all matters adjudicated by the Magistrate Judge. I concur with the recommendations of the Magistrate Judge for the reasons set forth in his Recommended Decision and determine that no further proceedings are necessary.

It is therefore **ORDERED** that the Recommended Decision (ECF No. 71) of the Magistrate Judge is hereby **ACCEPTED**. Ricky Soucy Sr.'s Motion for Judgment (ECF No. 53) is **DENIED**.

**SO ORDERED.**

**Dated this 29th day of October, 2021.**

/s/ Jon D. Levy
**CHIEF U.S. DISTRICT JUDGE**
